# United States Court of Appeals for the Fifth Circuit

No. 23-50262

United States of America,

*Plaintiff—Appellee*,

*versus*

Thomas Alan Arthur,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:19-CR-774-1

_____

To: Mr. Lane Andrew Haygood,
<u>NOTICE AND ORDER TO SHOW CAUSE</u>

Under 5th Cir. R. 42.3.1.1, this case may be dismissed 15 days from the date of this order for your failure to order the transcript as required by Fed. R. App. P. 10(b)(1) and make financial arrangements with the court reporter under Fed. R. App. P. 10(b)(4). You are also directed to show cause in writing within 15 days why we should not impose disciplinary action against you for failing to fulfill your responsibility to order the transcript and make financial arrangements with the court reporter on time. If you remedy the default, the appeal will **not** be dismissed but the clerk **may** refer the matter to the court for disciplinary action. However, if "...the

default is not remedied ... the clerk **may** enter an order dismissing the appeal for want of prosecution .... The clerk **shall** refer to the court the matter of disciplinary action against the attorney." (emphasis added)

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

cc:   Mr. Joseph H. Gay Jr.