

620 N. Grant Ave. #913  
Odessa, Texas 79761

(432) 703-4822  
(432) 225-1062 (FAX)

May 8, 2023

**Fifth Circuit Court of Appeals**
600 S. Maestri Pl.
New Orleans, LA 70130
*via electronic submission*

Re: *Show Cause Order in Cause No. 23-50262*

Dear Mr. Cayce & Deputies:

I am in receipt of your Notice and Order to Show Cause of May 8, 2023, regarding my appointment in Cause No. 23-50262. I have on this day, May 8, 2023, filed the DKT-13 form with the district court clerk and taken the appropriate steps in the e-voucher system to create the AUTH-24 for payment of the sentencing transcript in this appeal.

By way of explanation, I recently separated from my previous employment with the law firm of Bailey & Galyen and have resumed private practice in Odessa, Texas. In the days preparing for that separation and splitting up files and responsibilities for open cases, the appeal in this case with its deadlines did not get docketed onto my new calendaring system. I apologize to the Court for my error and have taken immediate steps to rectify the matter. Please advise if there is anything else I can do.

Thank you.

Sincerely,

**Lane A. Haygood**
Attorney at Law
Texas Bar No. 24066670
620 N. Grant Ave., Suite 913
Odessa, Texas 79761
(432) 703-4822
(432) 225-1062 (FAX)
lane@haygoodlawfirm.com