# TRANSCRIPT ORDER FORM (5/1-15) READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: **WDTX - Pecos**  
District Court Docket No.: **4:19-cr-00774-DC**  
Short Case Title: **USA v. Arthur**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: **Tamara Ross**

Date Notice of Appeal Filed in the District Court: **04/14/2023**  
Court of Appeals No.: **23-50262**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☒ Sentencing **04/04/2023**

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate | Counts |
|---|---|---|---|
| 04/04/2023 | Sentencing | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;  ☒ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: **/s/ Lane Haygood**  
Date Transcript Ordered: **05/08/2023**  
Print Name: **Lane A. Haygood**  
Phone: **432.703.4822**  
Counsel for: **Thomas Alan Arthur**  
Address: **620 N. Grant Ave. Suite 913 Odessa, TX 79761**  
Email of Attorney: **lane@haygoodlawfirm.com**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 5/8/23 | 5/8/23 | 6/8/23 | 15 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date: **5/19/23**  Signature of Reporter: *Tamara Ross*  Tel.: **432.685.0346**  
Email of Reporter: **Tamara_ross@txwd.uscourts.gov**

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____  Actual Number of Volumes _____

Date _____  Signature of Reporter _____