

620 N. Grant Ave. #913  
Odessa, Texas 79761

www.haygoodlawfirm.com

(432) 703-4822  
(432) 225-1062 (FAX)

Sept. 21, 2023

**Fifth Circuit Court of Appeals**  
600 S. Maestri Pl.  
New Orleans, LA 70130  
*via electronic submission*

**Re:** *Show Cause Order in Cause No. 23-50262*

Dear Mr. Cayce & Deputies:

I am in receipt of your Notice and Order to Show Cause of September 13, 2023, regarding my appointment in Cause No. 23-50262. I have on this day, September 21, 2023, corrected the previous voucher for the payment of Ms. Ross's services with the correct AUTH-24 and CJA-24 vouchers. I await Ms. Ross's submission of the voucher back to me, pursuant to the procedures, for my approval and submission to the Court.

By way of explanation as requested by the Court, I have continual issues with the eVoucher system. It is baroque and difficult to understand. I was able, with Ms. Ross's assistance, to locate the CJA manual, which has been updated since the last time I read it and more clear, especially given the new single profile login that we are using. I read through the manual several times and followed the directions as set forth in the comments section of my previous voucher. By way of explanation for the delay, just after Labor Day I developed a sickness which my doctors initially diagnosed as bronchitis, but which turned out to be a COVID-19 infection. No sooner had I cleared the infection that my wife came down with it, and with both of us out sick, I did not have any additional staff or assistance taking care of these matters. Now that my convalescence is at an end, I am able to take care of this business. Thank you.

Thank you.

Sincerely,

**Lane A. Haygood**  
Attorney at Law  
Texas Bar No. 24066670  
620 N. Grant Ave., Suite 913  
Odessa, Texas 79761  
(432) 279-0411  
(432) 225-1062 (FAX)  
lane@haygoodlawfirm.com