**No. 23-50262**

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA**
*Plaintiff-Appellee*

**v.**

**THOMAS ALAN ARTHUR,**
*Defendant-Appellant*

Appeal from the United States District Court
for the Western District of Texas – Pecos Division

# PROPOSED SUFFICIENT RECORD EXCERPTS

LANE A. HAYGOOD
Texas State Bar Number:  24066670
620 N. Grant Ave., Suite 913
Odessa, Texas 79761
Tel:     432.279.0411
Fax:     432.225.1062
*Attorney for the Defendant-Appellant, Thomas Alan Arthur*

# TABLE OF CONTENTS

| DOC. # | Document Title | Page | Tab # |
|--------|----------------|------|-------|
| 1. | District Court Docket Entries | ROA.1-22 | Tab 1 |
| 2. | Indictment | ROA.161-67 | Tab 2 |
| 3. | Judgment on Resentencing | ROA.762-770 | Tab3 |
| 4. | Notice of Appeal | ROA.771-72 | Tab 4 |

# TAB 1

District Court Docket Entries

APPEAL,CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Pecos)
# CRIMINAL DOCKET FOR CASE #: 4:19-cr-00774-DC-1

Case title: USA v. Arthur

Magistrate judge case number:  4:19-mj-03030-DF

Date Filed: 11/14/2019

Assigned to: Judge David Counts

### Defendant (1)

| | | |
|---|---|---|
| **Thomas Alan Arthur** | represented by | **Lane Andrew Haygood** |
| | | Haygood Law Firm |
| | | 620 N. Grant |
| | | Suite 913 |
| | | Odessa, TX 79761 |
| | | 432-703-4822 |
| | | Fax: 432-225-1062 |
| | | Email: lane@haygoodlawfirm.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |
| | | |
| | | **Mark William Bennett** |
| | | 917 Franklin St. |
| | | 4th Floor |
| | | Houston, TX 77002 |
| | | (713) 224-1747 |
| | | Email: mb@ivi3.com |
| | | *TERMINATED: 12/27/2022* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| IMPORT OR TRANSPORT OBSCENE MATTER (2ss) | RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine, Supervised Release to run Concurrent on all counts ORIGINAL SENTENCE:Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 1; |

| | |
|---|---|
| | Supervised Release to run Concurrent with Count 1 |
| IMPORT OR TRANSPORT OBSCENE MATTER (3ss) | RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine;Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2 |
| IMPORT OR TRANSPORT OBSCENE MATTER (4ss) | RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent with Count 3 |
| IMPORT OR TRANSPORT OBSCENE MATTER (5ss) | RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent with Count 4 |
| IMPORT OR TRANSPORT OBSCENE MATTER (6ss) | RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 5; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 5 |
| 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER (7ss) | RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 6; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; |

| | |
|---|---|
| | Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 6 |
| 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER (8ss) | RESENTENCE 4/4/2023: Imprisonment of 120 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 7; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 7 |
| 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER (9ss) | RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run Concurrent to Count 8; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 8 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1466.F---SELLING/TRANSFERRING OBSCENE MATTER (1) | |
| 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER (1s) | |
| 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER (1ss) | RESENTENCE 4/4/2023: resolved by Fifth Circuit. ORIGINAL SENTENCE:Imprisonment of 240 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine; Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2 |
| 18:1462.F---IMPORT OR TRANSPORT OBSCENE MATTER (2-6) | |
| 18:1462.F IMPORT OR TRANSPORT OBSCENE MATTER (2s-6s) | |
| 18:1466.F---SELLING/TRANSFERRING OBSCENE MATTER (7) | |

18:1466.F SELLING/TRANSFERRING
OBSCENE MATTER
(7s-9s)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1462.F IMPORT OR TRANSPORT OBSCENE MATTER, 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER, 18:1466A OBSCENE VISUAL REPRESENTATION OF THE SEXUAL ABUSE OF CHILDREN | |

**Plaintiff**

USA                                    represented by   **Austin M. Berry**
                                                        Department of Justice
                                                        Child Exploitation & Obscenity Section
                                                        601 N. Loraine
                                                        Suite 398
                                                        Midland, TX 79701-4310
                                                        (202) 412-4136
                                                        Email: austin.berry2@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Fidel Esparza , III**
                                                        United States Attorney's Office
                                                        Asset Forfeiture Unit
                                                        601 NW Loop 410, Suite 600
                                                        San Antonio, TX 78216
                                                        210-384-7026
                                                        Fax: 210-384-7045
                                                        Email: fidel.esparza@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph H. Gay , Jr.**
                                                        Assistant U.S. Attorney
                                                        601 N.W. Loop 410
                                                        Suite 600
                                                        San Antonio, TX 78216
                                                        (210) 384-7030
                                                        Fax: 210 384-7031
                                                        Email: Joseph.Gay@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Monica R. Morrison**
U.S. Attorney's Office
110 9th Avenue South, Suite A961
Nashville, TN 37203
6157365151
Email: monica.morrison@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2019 | | Arrest of Thomas Alan Arthur (jh1) [4:19-mj-03030-DF] (Entered: 11/12/2019) |
| 11/08/2019 | 1 (p.23) | COMPLAINT Signed by Judge David B. Fannin as to Thomas Alan Arthur. (jh1) [4:19-mj-03030-DF] (Entered: 11/12/2019) |
| 11/12/2019 | 2 (p.29) | MOTION to Detain Defendant without Bond by USA as to Thomas Alan Arthur. (jh1) [4:19-mj-03030-DF] (Entered: 11/12/2019) |
| 11/12/2019 | 3 | Minute Entry for proceedings held before Judge David B. Fannin:Initial Appearance as to Thomas Alan Arthur held on 11/12/2019 (Minute entry documents are not available electronically.) Preliminary and Detention Hearing set for 11/20/2019 09:30 AM in Alpine before Judge David B. Fannin, (Court Reporter FTR.) (jh1) [4:19-mj-03030-DF] (Entered: 11/12/2019) |
| 11/12/2019 | | ORAL ORDER OF TEMPORARY DETENTION: Bond set to No Bond as to Thomas Alan Arthur by Judge David B. Fannin. (jh1) [4:19-mj-03030-DF] (Entered: 11/12/2019) |
| 11/12/2019 | 4 (p.30) | ORDER SETTING PRELIMINARY / DETENTION HEARING as to Thomas Alan Arthur. Signed by Judge David B. Fannin. (jh1) [4:19-mj-03030-DF] (Entered: 11/12/2019) |
| 11/14/2019 | 5 (p.31) | INDICTMENT (Redacted Version) with Notice of Forfeiture included as to THOMAS ALAN ARTHUR. Unredacted document sealed pursuant to E-Government Act of 2002 as to Thomas Alan Arthur (1) count(s) 1, 2-6, 7. (sa) (Entered: 11/15/2019) |
| 11/14/2019 | | All parties shall comply with the Standing Orders for the Pecos Division. Parties can review the standing orders by clicking the included hyperlink. as to Thomas Alan Arthur (sa) (Entered: 11/15/2019) |
| 11/20/2019 | 7 | Minute Entry for proceedings held before Judge David B. Fannin:Detention Hearing as to Thomas Alan Arthur held on 11/20/2019 (Minute entry documents are not available electronically.) (Court Reporter Lily Reznik) (cv) (Entered: 11/20/2019) |
| 11/20/2019 | 8 (p.35) | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Thomas Alan Arthur. Signed by Judge David B. Fannin. (jl) (Entered: 11/20/2019) |
| 11/20/2019 | 9 (p.36) | ORDER GRANTING 2 (p.29) Motion to Detain Defendant without Bond. DETAINED WITHOUT BOND as to Thomas Alan Arthur (1). Signed by Judge David B. Fannin. (sa) (Entered: 11/21/2019) |
| 12/05/2019 | 10 (p.39) | SCHEDULING ORDER as to Thomas Alan Arthur Docket Call set for 12/12/2019 11:00 AM in Pecos before Judge David B. Fannin, Jury Selection and Trial set for |

| | | 1/22/2020 08:30 AM before Judge David Counts,. Signed by Judge David B. Fannin. (bot1) (Entered: 12/06/2019) |
|---|---|---|
| 12/06/2019 | 11 (p.41) | NOTICE OF ATTORNEY APPEARANCE Fidel Esparza, III appearing for USA. *Notice of Appearance of Forfeiture Counsel.* Attorney Fidel Esparza, III added to party USA(pty:pla) (Esparza, Fidel) (Entered: 12/06/2019) |
| 12/10/2019 | 12 (p.43) | MOTION to Continue *Trial* by USA as to Thomas Alan Arthur. (Morrison, Monica) (Entered: 12/10/2019) |
| 12/11/2019 | 13 (p.49) | ORDER GRANTING 12 (p.43) Motion to Continue as to Thomas Alan Arthur (1) Jury Selection set for 6/16/2020 08:30 AM in Pecos before Judge David Counts,. Signed by Judge David Counts. (jh1) (Entered: 12/11/2019) |
| 12/23/2019 | 14 (p.50) | AMENDED ORDER GRANTING GOVERNMENTS MOTIONTO CONTINUE JURY SELECTION/TRIAL AND DESIGNATING CASE COMPLEX as to Thomas Alan Arthur re 13 (p.49) Order on Motion to Continue. Signed by Judge David Counts. (cv) (Entered: 12/23/2019) |
| 01/02/2020 | 15 (p.52) | ORDER SETTING as to Thomas Alan Arthur, ( Docket Call set for 5/7/2020 11:00 AM in Pecos before Judge David B. Fannin,) *PLEA DEADLINE IS NOW 6/4/2020,) Signed by Judge David B. Fannin. (cv) (Entered: 01/02/2020) |
| 01/09/2020 | 16 (p.53) | NOTICE OF ATTORNEY APPEARANCE Austin M. Berry appearing for USA. . Attorney Austin M. Berry added to party USA(pty:pla) (Berry, Austin) (Entered: 01/09/2020) |
| 02/21/2020 | 17 (p.54) | NOTICE *United States of America's Bill of Particulars for Forfeiture of Property* by USA as to Thomas Alan Arthur (Esparza, Fidel) (Entered: 02/21/2020) |
| 02/26/2020 | 18 (p.57) | MOTION for Bond by Thomas Alan Arthur. (Bennett, Mark) (Entered: 02/26/2020) |
| 02/28/2020 | 19 (p.62) | ORDER SETTING MOTIONS HEARING-MOTION TO REVOKE ORDER OF DETENTION as to Thomas Alan Arthur, Motion Hearing set in case as to Thomas Alan Arthur 18 (p.57) MOTION for Bond ( Motion Hearing set for 3/16/2020 10:00 AM in Pecos before Judge David Counts).. Signed by Judge David Counts. (cv) (Entered: 02/28/2020) |
| 03/09/2020 | 20 (p.63) | Return of Service of Forfeiture Order/Notice Executed on 3/9/2020 as to Thomas Alan Arthur (cv) (Entered: 03/10/2020) |
| 03/14/2020 | 21 (p.69) | Supplement by Thomas Alan Arthur *(Detention Hearing Transcript)* (Bennett, Mark) (Entered: 03/14/2020) |
| 03/16/2020 | 22 (p.785) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on November 20, 2019 Proceedings Transcribed: Detention Hearing. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/6/2020, Redacted Transcript Deadline set for 4/16/2020, Release of Transcript Restriction set for 6/15/2020, (lr) (Entered: 03/16/2020) |
| 03/16/2020 | 23 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge David Counts:Miscellaneous Hearing as to Thomas Alan Arthur held on 3/16/2020 (Minute entry documents are not available electronically.) (Court Reporter Ann Record.) (cv) (Entered: 03/16/2020) |
| 03/16/2020 | 24 (p.105) | GOVERNMENT EXHIBIT LIST by USA as to Thomas Alan Arthur (cv) Exhibits are on file with the Alpine District Clerk's Office. Modified on 4/2/2020 (yl). (Entered: 03/16/2020) |
| 03/16/2020 | 25 (p.106) | Duplicate. Docket in Error. GOVERNMENT EXHIBITS by USA as to Thomas Alan Arthur (cv). (Entered: 03/16/2020) |
| 03/19/2020 | 26 (p.107) | ORDER AFFIRMS 18 (p.57) Motion to Revoke Order of Detention. Bond set to NO BOND for Thomas Alan Arthur (1). Defendant to remain DETAINED. Signed by Judge David Counts. (cv) Modified on 3/19/2020 (cv). (Entered: 03/19/2020) |
| 04/07/2020 | 27 (p.108) | MOTION for Discovery by Thomas Alan Arthur. (Attachments: # 1 (p.23) Proposed Order)(Bennett, Mark) (Entered: 04/07/2020) |
| 04/21/2020 | 28 (p.118) | ORDER SETTING MOTIONS HEARING as to Thomas Alan Arthur, ( Motions Hearing set for 4/23/2020 11:00 AM in Pecos before Judge David B. Fannin,). Signed by Judge David B. Fannin. (cv) (Entered: 04/21/2020) |
| 04/22/2020 | 29 (p.119) | RESPONSE in Opposition by USA as to Thomas Alan Arthur re 27 (p.108) MOTION for Discovery filed by Defendant Thomas Alan Arthur (Morrison, Monica) (Entered: 04/22/2020) |
| 04/22/2020 | 30 (p.129) | REPLY TO RESPONSE to Motion by Thomas Alan Arthur re 27 (p.108) MOTION for Discovery filed by Defendant Thomas Alan Arthur (Bennett, Mark) (Entered: 04/22/2020) |
| 04/23/2020 | 31 | Minute Entry for proceedings held before Judge David B. Fannin:Motion Hearing as to Thomas Alan Arthur held on 4/24/2020 re 27 (p.108) MOTION for Discovery filed by Thomas Alan Arthur (Minute entry documents are not available electronically.) (Court Reporter FTR.) (cv) (Entered: 04/24/2020) |
| 04/29/2020 | 32 (p.140) | Objections by Thomas Alan Arthur *to Magistrate's Ruling on Motion for Discovery* (Attachments: # 1 (p.23) Proposed Order Proposed Order)(Bennett, Mark) (Entered: 04/29/2020) |
| 05/01/2020 | 33 (p.145) | ORDER DENYING 27 (p.108) Motion for Discovery as to Thomas Alan Arthur (1). Signed by Judge David B. Fannin. (cv) (Entered: 05/01/2020) |
| 06/11/2020 | 35 (p.152) | ORDER AFFIRMS as to Thomas Alan Arthur re 33 (p.145) Order on Motion for Discovery. Signed by Judge David Counts. (cv) (Entered: 06/12/2020) |
| 06/12/2020 | 34 (p.148) | Unopposed MOTION to Continue *Trial* by USA as to Thomas Alan Arthur. (Morrison, Monica) (Entered: 06/12/2020) |
| 06/12/2020 | 36 (p.156) | ORDER GRANTING CONTINUANCE TRIAL SETTING 34 (p.148) Motion to Continue as to Thomas Alan Arthur (1) Jury Selection set for 10/20/2020 08:30 AM in Pecos before Judge David Counts. Signed by Judge David Counts. (cv) (Entered: 06/12/2020) |
| 06/12/2020 | 37 (p.157) | MOTION for Reconsideration re 35 (p.152) Order by Thomas Alan Arthur. (Attachments: # 1 (p.23) Proposed Order Proposed Order)(Bennett, Mark) (Entered: 06/12/2020) |

| 06/15/2020 | | Text Order DENYING 37 (p.157) Motion for Reconsideration as to Thomas Alan Arthur (1) Entered by Judge David Counts.It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 06/15/2020) |
|---|---|---|
| 07/09/2020 | 39 (p.161) | INDICTMENT (Redacted Version) with Notice of Forfeiture included as to THOMAS ALAN ARTHUR. Unredacted document sealed pursuant to E-Government Act of 2002 as to Thomas Alan Arthur (1) count(s) 1s, 2s-6s, 7s-9s. (cv) (Main Document 39 replaced on 7/14/2020) (yl). (Entered: 07/13/2020) |
| 07/16/2020 | 40 | Minute Entry for proceedings held before Judge David B. Fannin:Arraignment as to Thomas Alan Arthur (1) Count 1s,2s-6s,7s-9s. Plea of not guilty entered on 7/16/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR.) (cv) (Entered: 07/16/2020) |
| 07/17/2020 | 41 (p.168) | ORDER SETTING DOCKET CALL AND PLEA DEADLINE* as to Thomas Alan Arthur, ( DOCKET CALL is set for 9/10/2020 11:00 AM in Pecos before Judge David Counts,), ( PLEA DEADLINE is now 10/8/2020). Signed by Judge David B. Fannin. (cv) (Entered: 07/17/2020) |
| 09/10/2020 | 43 | Minute Entry for proceedings held before Judge David B. Fannin:Docket Call as to Thomas Alan Arthur held on 9/10/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR.) (yl) (Entered: 09/11/2020) |
| 09/11/2020 | 42 (p.169) | ORDER as to Thomas Alan Arthur, ( Status Conference set for 9/25/2020 09:30 AM in Alpine before Judge David B. Fannin,). Signed by Judge David B. Fannin. (cv) (Entered: 09/11/2020) |
| 09/17/2020 | 44 (p.170) | Bill of Particulars *SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY* by USA as to Thomas Alan Arthur. (Esparza, Fidel) (Entered: 09/17/2020) |
| 09/22/2020 | 45 (p.174) | ORDER SETTING JURY SELECTION/TRIAL as to Thomas Alan Arthur, ( Jury Selection set for 10/26/2020 08:30 AM in Pecos before Judge David Counts,, Jury Trial set for 10/26/2020 08:30 AM in Pecos before Judge David Counts,). Signed by Judge David Counts. (cv) (Entered: 09/23/2020) |
| 09/25/2020 | 46 | Minute Entry for proceedings held before Judge David B. Fannin:Status Conference as to Thomas Alan Arthur held on 9/25/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR.) (cv) (Entered: 09/25/2020) |
| 09/25/2020 | 47 (p.175) | ORDER SETTING STATUS CONFERENCE VIA ZOOM as to Thomas Alan Arthur, ( Status Conference set for 10/21/2020 09:30 AM in Alpine before Judge David B. Fannin,). Signed by Judge David B. Fannin. (cv) (Entered: 09/25/2020) |
| 09/29/2020 | 48 (p.176) | Third MOTION to Continue *Trial from October 20, 2020 to January 19, 2021* by USA as to Thomas Alan Arthur. (Attachments: # 1 (p.23) Affidavit Declaration of FBI SA Alice Downie)(Berry, Austin) (Entered: 09/29/2020) |
| 10/01/2020 | 49 (p.186) | ORDER GRANTING 48 (p.176) Motion to Continue as to Thomas Alan Arthur (1) Jury Selection set for 1/20/2021 08:30 AM in Pecos before Judge David Counts, Jury Trial set for 1/20/2021 08:30 AM in Pecos before Judge David Counts,. Signed by Judge David Counts. (cv) (Entered: 10/01/2020) |
| 10/02/2020 | 50 (p.187) | ORDER SETTING DOCKET CALL AND PLEA DEADLINE as to Thomas Alan Arthur, ( Docket Call set for 12/10/2020 11:00 AM in Pecos before Judge David B. |

| | | |
|---|---|---|
| | | Fannin,), *PLEA DEADLINE IS NOW JANUARY 7, 2021. Signed by Judge David B. Fannin. (cv) (Entered: 10/02/2020) |
| 10/05/2020 | 51 (p.188) | MOTION in Limine *to Exclude Advice-of-Counsel Defense* by USA as to Thomas Alan Arthur. (Berry, Austin) (Entered: 10/05/2020) |
| 10/07/2020 | 52 | Sealed Order. Signed by Judge David Counts. (yl) (Entered: 10/07/2020) |
| 10/08/2020 | 54 (p.196) | INDICTMENT (Redacted Version) with Notice of Forfeiture included as to THOMAS ALAN ARTHUR. Unredacted document sealed pursuant to E-Government Act of 2002 as to Thomas Alan Arthur (1) count(s) 1ss, 2ss-6ss, 7ss-9ss. (cv) (Entered: 10/09/2020) |
| 10/08/2020 | | All parties shall comply with the Standing Orders for the Pecos Division. Parties can review the standing orders by clicking the included hyperlink as to Thomas Alan Arthur (cv) (Entered: 10/09/2020) |
| 10/14/2020 | 56 (p.203) | ORDER CANCELLING STATUS CONFERENCE VIA ZOOM as to Thomas Alan Arthur, ( Status Conference set for 10/21/2020 09:30 AM IS HEREBY CANCELLED in Alpine before Judge David Fannin.). Signed by Judge David B. Fannin. (cv) (Entered: 10/14/2020) |
| 10/16/2020 | 57 (p.204) | Return of Service of Forfeiture Order/Notice Executed on 10/13/2020 as to Thomas Alan Arthur (yl) (Entered: 10/23/2020) |
| 10/26/2020 | 58 (p.209) | ORDER RESETTING D.C. ARRAIGNMENT VIA-ZOOM* as to Thomas Alan Arthur, ( D.C. Arraignment RESET for 10/27/2020 09:30 AM in Pecos before Judge David B. Fannin,). Signed by Judge David B. Fannin. (cv) (Entered: 10/26/2020) |
| 10/26/2020 | 59 (p.210) | Waiver of personal appearance at Arraignment, plea of not guilty by Thomas Alan Arthur (Haygood, Lane) (Entered: 10/26/2020) |
| 10/26/2020 | 60 (p.211) | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Thomas Alan Arthur. Signed by Judge David B. Fannin. (cv) (Entered: 10/26/2020) |
| 12/10/2020 | 61 (p.212) | ORDER SETTING STATUS CONFERENCE as to Thomas Alan Arthur, ( Status Conference set for 12/18/2020 09:30 AM in Alpine before Judge David B. Fannin,). Signed by Judge David B. Fannin. (cv) (Entered: 12/10/2020) |
| 12/18/2020 | 62 (p.213) | MOTION in Limine *to Exclude Defense Expert David Ley, or, in the alternative, for a Daubert hearing* by USA as to Thomas Alan Arthur. (Berry, Austin) (Entered: 12/18/2020) |
| 12/18/2020 | 63 | Minute Entry for proceedings held before Judge David B. Fannin:Status Conference as to Thomas Alan Arthur held on 12/18/2020 (Minute entry documents are not available electronically.) (Court Reporter FTR.) (cv) (Entered: 12/18/2020) |
| 12/27/2020 | 64 (p.220) | RESPONSE TO MOTION by Thomas Alan Arthur re 62 (p.213) MOTION in Limine *to Exclude Defense Expert David Ley, or, in the alternative, for a Daubert hearing* filed by Plaintiff USA (Attachments: # 1 (p.23) Exhibit Exhibit ASummary of Ley Testimony, # 2 (p.29) Exhibit Exhibit BLey CV, # 3 Proposed Order Proposed Order)(Bennett, Mark) (Attachment 2 replaced on 10/18/2021) (jl). (Entered: 12/27/2020) |
| 12/30/2020 | 65 (p.251) | Proposed Voir Dire by USA as to Thomas Alan Arthur *Proposed Juror Questionnaire* (Morrison, Monica) (Entered: 12/30/2020) |

| 12/30/2020 | 66 (p.263) | Advisory to the Court *Regarding Response [No. 64]* by Thomas Alan Arthur (Bennett, Mark) (Entered: 12/30/2020) |
|---|---|---|
| 12/30/2020 | 67 (p.265) | Proposed Voir Dire by Thomas Alan Arthur *(Jury Questionnaire)* (Attachments: # 1 (p.23) Exhibit Proposed Questionnaire, # 2 (p.29) Exhibit Redlined Proposed Questionnaire)(Bennett, Mark) (Entered: 12/30/2020) |
| 01/06/2021 | 68 (p.293) | ORDER SETTING FINAL PRETRIAL CONFERENCE as to Thomas Alan Arthur, ( Final Pretrial Conference set for 1/19/2021 10:30 AM in Pecos before Judge David Counts,). Signed by Judge David Counts. (cv) (Entered: 01/07/2021) |
| 01/06/2021 | 69 (p.294) | ORDER SETTING JURY SELECTION/TRIAL as to Thomas Alan Arthur, ( Jury Selection set for 1/19/2021 11:00 AM in Pecos before Judge David Counts,, Jury Trial set for 1/19/2021 11:00 AM in Pecos before Judge David Counts,). Signed by Judge David Counts. (cv) (Entered: 01/07/2021) |
| 01/08/2021 | 70 (p.295) | NOTICE *By the Government of Its Intention to Use Evidence Pursuant to Fed R Evid 803(6) and 902(11)* by USA as to Thomas Alan Arthur (Esparza, Fidel) (Entered: 01/08/2021) |
| 01/11/2021 | 71 (p.298) | TRIAL BRIEF by USA as to Thomas Alan Arthur (Attachments: # 1 (p.23) Stipulation)(Morrison, Monica) (Entered: 01/11/2021) |
| 01/12/2021 | 72 (p.321) | Proposed Jury Instructions by USA as to Thomas Alan Arthur *with Regard to The United States' Demand for Forfeiture* (Esparza, Fidel) (Entered: 01/12/2021) |
| 01/12/2021 | 73 (p.351) | MEMORANDUM IN OPPOSITION TO MOTION by Thomas Alan Arthur re 62 (p.213) MOTION in Limine *to Exclude Defense Expert David Ley, or, in the alternative, for a Daubert hearing* filed by Plaintiff USA (Attachments: # 1 (p.23) Exhibit Exhibit ASummary of Ley Testimony, # 2 (p.29) Exhibit Exhibit BLey CV)(Bennett, Mark) (Entered: 01/12/2021) |
| 01/12/2021 | 74 (p.383) | EXHIBIT LIST by USA as to Thomas Alan Arthur (Berry, Austin) (Entered: 01/12/2021) |
| 01/12/2021 | 75 (p.390) | WITNESS LIST by USA as to Thomas Alan Arthur (Berry, Austin) (Entered: 01/12/2021) |
| 01/12/2021 | 76 (p.391) | WITNESS LIST by Thomas Alan Arthur (Bennett, Mark) (Entered: 01/12/2021) |
| 01/12/2021 | 77 (p.394) | MOTION in Limine by Thomas Alan Arthur. (Attachments: # 1 (p.23) Memo in Support Memorandum in Support, # 2 (p.29) Proposed Order Proposed Order)(Bennett, Mark) (Entered: 01/12/2021) |
| 01/12/2021 | 78 (p.408) | EXHIBIT LIST by Thomas Alan Arthur (Bennett, Mark) (Entered: 01/12/2021) |
| 01/12/2021 | 79 (p.411) | TRIAL BRIEF by Thomas Alan Arthur (Bennett, Mark) (Entered: 01/12/2021) |
| 01/12/2021 | 80 (p.425) | TRIAL BRIEF by Thomas Alan Arthur *(Amended)* (Bennett, Mark) (Entered: 01/12/2021) |
| 01/13/2021 | | Text Order GRANTING 51 (p.188) Motion in Limine as to Thomas Alan Arthur (1) entered by Judge David Counts. The Court notes the Motion in Limine is unopposed as a response in opposition was not filed. It is so ORDERED. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (mas) (Entered: 01/13/2021) |
| 01/13/2021 | | Text Order GRANTING IN PART AND DENYING IN PART 62 (p.213) Motion in Limine as to Thomas Alan Arthur (1) entered by Judge David Counts. The Court DENIES the Government's Motion in Limine pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rule of Evidence 702. However, the Court GRANTS the Government's request for a Daubert hearing. The Daubert hearing will take place during the final pretrial conference to be held on Tuesday, January 19, 2021, at 10:30 a.m. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/13/2021) |
| 01/13/2021 | | Text Order GRANTING IN PART AND DENYING IN PART 77 (p.394) Motion in Limine as to Thomas Alan Arthur (1) entered by Judge David Counts. The Court DENIES Defendant's request for a summary of the evidence that the Government intends to offer that is duplicative of the facts conclusively proven by the parties Stipulation. As to Defendant's Motion in Limine requests 1 through 4, the Court GRANTS request (2) as to opinion evidence that the works in question satisfy any element of the Miller test for obscenity and request (3) as to evidence of any other crime, wrong, or act. The Court will TAKE UNDER ADVISEMENT Defendant's Motion in Limine requests (1) and (4), and issue a ruling at the final pretrial conference. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/13/2021) |
| 01/14/2021 | 81 (p.438) | Proposed Jury Instructions by USA as to Thomas Alan Arthur (Morrison, Monica) (Entered: 01/14/2021) |
| 01/14/2021 | 82 (p.443) | MOTION in Limine *to Exclude Alleged "Comparable" Exhibits by Defendant* by USA as to Thomas Alan Arthur. (Berry, Austin) (Entered: 01/14/2021) |
| 01/14/2021 | 83 (p.450) | RESPONSE in Opposition by USA as to Thomas Alan Arthur re 77 (p.394) MOTION in Limine filed by Defendant Thomas Alan Arthur (Esparza, Fidel) (Entered: 01/14/2021) |
| 01/14/2021 | 84 (p.464) | Proposed Jury Instructions by Thomas Alan Arthur (Bennett, Mark) (Entered: 01/14/2021) |
| 01/14/2021 | 85 (p.469) | REPLY TO RESPONSE to Motion by Thomas Alan Arthur re 77 (p.394) MOTION in Limine filed by Defendant Thomas Alan Arthur (Bennett, Mark) (Entered: 01/14/2021) |
| 01/14/2021 | 86 (p.472) | Second MOTION in Limine *, for Dismissal, or for a Bill of Particulars* by Thomas Alan Arthur. (Attachments: # 1 (p.23) Proposed Order Proposed Order)(Bennett, Mark) (Entered: 01/14/2021) |
| 01/14/2021 | 87 (p.480) | RESPONSE in Opposition by Thomas Alan Arthur re 82 (p.443) MOTION in Limine *to Exclude Alleged "Comparable" Exhibits by Defendant* filed by Plaintiff USA (Bennett, Mark) (Entered: 01/14/2021) |
| 01/15/2021 | | Text Order GRANTING IN PART AND DENYING IN PART 86 (p.472) Motion in Limine as to Thomas Alan Arthur (1) entered by Judge David Counts. The Court DENIES Defendant's request for the dismissal of Count Seven. The Court GRANTS Defendant's request for a Bill of Particulars. The Court further ORDERS the Government to file a Bill of Particulars as to Count Seven no later than Sunday, January 17, 2021. Finally, the Court WITHOLDS ruling on Defendant's request that the Government not argue or imply to the jury that it may convict Defendant on |

| | | |
|---|---|---|
| | | Count Seven based on a story not specified in Counts 1-6 or 8-9. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/15/2021) |
| 01/15/2021 | | Text Order TAKING UNDER ADVISEMENT 82 (p.443) Motion in Limine as to Thomas Alan Arthur (1) entered by Judge David Counts. The Court ORDERS Defendant to submit the proposed "comparable materials" to this Court for in camera review on Tuesday, January 19, 2021, at 8:00 a.m., at the United States District Court located in Pecos, Texas. The Court further ORDERS the Government to submit the exhibits depicting the materials charged in the Indictment on the same date, time, and location. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/15/2021) |
| 01/16/2021 | 88 (p.485) | Proposed Jury Instructions by USA as to Thomas Alan Arthur (Morrison, Monica) (Entered: 01/16/2021) |
| 01/16/2021 | 89 (p.488) | Proposed Jury Instructions by USA as to Thomas Alan Arthur *on Forfeiture of Property* (Esparza, Fidel) (Entered: 01/16/2021) |
| 01/17/2021 | 90 (p.492) | MOTION for Reconsideration re Order on Motion in Limine,, *and Bill of Particulars as Ordered* by USA as to Thomas Alan Arthur. (Berry, Austin) (Entered: 01/17/2021) |
| 01/17/2021 | 91 (p.507) | RESPONSE TO MOTION by Thomas Alan Arthur re 90 (p.492) MOTION for Reconsideration re Order on Motion in Limine,, *and Bill of Particulars as Ordered* filed by Plaintiff USA *and Request for Review of Evidence* (Bennett, Mark) (Entered: 01/17/2021) |
| 01/17/2021 | | Text Order MOOTING 90 (p.492) Motion for Reconsideration as to Thomas Alan Arthur (1) entered by Judge David Counts. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/17/2021) |
| 01/18/2021 | 92 (p.511) | Third MOTION in Limine *(Regarding Non-Testifying Experts)* by Thomas Alan Arthur. (Attachments: # 1 (p.23) Proposed Order Proposed Order)(Bennett, Mark) (Entered: 01/18/2021) |
| 01/18/2021 | | Text Order GRANTING 92 (p.511) Motion in Limine as to Thomas Alan Arthur (1) entered by Judge David Counts. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/18/2021) |
| 01/19/2021 | | Text Order MOOTING 82 (p.443) Motion in Limine as to Thomas Alan Arthur (1) entered by Judge David Counts. In light of the Court's oral ruling excluding Defendant's expert testimony, the instant Motion is MOOT. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/19/2021) |
| 01/19/2021 | 93 (p.516) | MOTION *for Clarification of Court's Order* by Thomas Alan Arthur. (Attachments: # 1 (p.23) Proposed Order Proposed Order)(Bennett, Mark) (Entered: 01/19/2021) |
| 01/19/2021 | 94 | Minute Entry for proceedings held before Judge David Counts:Miscellaneous Hearing as to Thomas Alan Arthur held on 1/19/2021 (Minute entry documents are not available electronically.) (Court Reporter Ann Record.) (cv) (Entered: 01/21/2021) |

| 01/19/2021 | | Voir Dire begun on 1/19/2021 Thomas Alan Arthur (1) on Count 1ss,2ss-6ss,7ss-9ss (cv) (Entered: 01/21/2021) |
|---|---|---|
| 01/19/2021 | 95 | Minute Entry for proceedings held before Judge David Counts:Jury Selection as to Thomas Alan Arthur held on 1/19/2021 (Minute entry documents are not available electronically.), Jury Trial as to Thomas Alan Arthur held on 1/19/2021 (Minute entry documents are not available electronically.) (Court Reporter Ann Record.) (cv) (Entered: 01/21/2021) |
| 01/19/2021 | 96 (p.521) | WITNESS LIST as to Government and the Defendant as to Thomas Alan Arthur. (cv) (Entered: 01/21/2021) |
| 01/19/2021 | 97 | DEFENDANT EXHIBITS as to Thomas Alan Arthur (cv) (Entered: 01/21/2021) |
| 01/19/2021 | 98 | GOVERNMENT EXHIBITS by USA as to Thomas Alan Arthur (cv) (Entered: 01/21/2021) |
| 01/19/2021 | 103 (p.551) | EXHIBIT LIST as to Thomas Alan Arthur (cv) (Entered: 01/21/2021) |
| 01/20/2021 | 99 | Minute Entry for proceedings held before Judge David Counts:Jury Trial as to Thomas Alan Arthur held on 1/20/2021 (Minute entry documents are not available electronically.) (Court Reporter Ann Record.) (cv) (Entered: 01/21/2021) |
| 01/21/2021 | 100 | Minute Entry for proceedings held before Judge David Counts:Jury Trial as to Thomas Alan Arthur held on 1/21/2021 (Minute entry documents are not available electronically.) (Court Reporter Ann Record.) (cv) (Entered: 01/21/2021) |
| 01/21/2021 | 101 (p.522) | Court's Charge/Instructions to Jury as to Thomas Alan Arthur (cv) (Entered: 01/21/2021) |
| 01/21/2021 | 102 (p.550) | LIST OF WITNESSES as to USA as to Thomas Alan Arthur (cv) (Entered: 01/21/2021) |
| 01/21/2021 | 105 (p.557) | JURY VERDICT (Redacted Version) as to Thomas Alan Arthur (1) Guilty on Count 1ss,2ss-6ss,7ss-9ss. filed. Unredacted Version Sealed pursuant to E-Government Act of 2002. (cv) (Entered: 01/21/2021) |
| 01/21/2021 | 106 (p.560) | RECEIPT FOR GOVERNMENT'S EXHIBITS by USA as to Thomas Alan Arthur (cv) (Entered: 01/21/2021) |
| 01/21/2021 | 107 (p.561) | ORDER SETTING SENTENCING PECOS as to Thomas Alan Arthur Sentencing set for 4/19/2021 08:30 AM in Pecos before Judge David Counts,. Signed by Judge David Counts. (cv) (Entered: 01/21/2021) |
| 01/26/2021 | 108 (p.562) | MOTION for Forfeiture of Property *United States of America's Motion for Preliminary Order of Forfeiture* by USA as to Thomas Alan Arthur. (Esparza, Fidel) (Entered: 01/26/2021) |
| 01/27/2021 | 109 (p.577) | PRELIMINARY ORDER OF FORFEITURE as to Thomas Alan Arthur re 108 (p.562) MOTION for Forfeiture of Property *United States of America's Motion for Preliminary Order of Forfeiture* filed by USA. Signed by Judge David Counts. (cv) (Entered: 01/27/2021) |
| 01/29/2021 | | Text Order MOOTING 93 (p.516) Motion as to Thomas Alan Arthur (1) entered by Judge David Counts. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 01/29/2021) |

| | | |
|---|---|---|
| 02/04/2021 | 110 (p.582) | MOTION for Acquittal *Post-Verdict* by Thomas Alan Arthur. (Attachments: # 1 (p.23) Proposed Order Order on Motion for Post-Verdict Judgment of Acquittal)(Haygood, Lane) (Entered: 02/04/2021) |
| 02/09/2021 | 111 | Sealed Document filed (Attachments: # 1 (p.23) Exhibit Sealed Exhibit) (Haygood, Lane) (Entered: 02/09/2021) |
| 02/10/2021 | 112 (p.598) | MOTION to Extend Time *to file opposition to motion for post-verdict judgment of acquittal* by USA as to Thomas Alan Arthur. (Berry, Austin) (Entered: 02/10/2021) |
| 02/10/2021 | | Text Order GRANTING 112 (p.598) Motion to Extend Time as to Thomas Alan Arthur (1) entered by Judge David Counts. The Court ORDERS the Government shall file its response by February 26, 2021. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 02/10/2021) |
| 02/10/2021 | 113 (p.601) | ORDER SUPPLEMENTING ORAL RULING as to Thomas Alan Arthur. Signed by Judge David Counts. (cv) (Entered: 02/12/2021) |
| 02/19/2021 | 114 (p.610) | ORDER Resetting Sentencing as to Thomas Alan Arthur; Sentencing RESET for 4/27/2021 08:30 AM in Alpine before Judge David Counts. Signed by Judge David Counts. (bot2) (Entered: 02/19/2021) |
| 02/25/2021 | 115 (p.611) | RESPONSE in Opposition by USA as to Thomas Alan Arthur re 110 (p.582) MOTION for Acquittal *Post-Verdict* filed by Defendant Thomas Alan Arthur (Berry, Austin) (Entered: 02/25/2021) |
| 03/15/2021 | 116 (p.624) | Agreed MOTION *for Interlocutory Sale* by USA as to Thomas Alan Arthur. (Esparza, Fidel) (Entered: 03/15/2021) |
| 03/16/2021 | 117 (p.636) | ORDER GRANTING 116 (p.624) Motion for Interlocutory Sale as to Thomas Alan Arthur (1). Signed by Judge David Counts. (jl) (Entered: 03/17/2021) |
| 03/29/2021 | 118 (p.640) | Vanderbilt Mortgage and Finance, Inc.'s Petition to Adjudicate the Validity of its Secured Interest in Property as to Thomas Alan Arthur (Attachments: # 1 (p.23) Exhibit A, # 2 (p.29) Exhibit B, # 3 Exhibit C, # 4 (p.30) Exhibit D, # 5 (p.31) Exhibit E, # 6 Envelope)(jl) (Entered: 03/29/2021) |
| 03/31/2021 | 119 (p.668) | NOTICE *DECLARATION OF PUBLICATION* by USA as to Thomas Alan Arthur (Esparza, Fidel) (Entered: 03/31/2021) |
| 04/07/2021 | 120 (p.673) | Acknowledgment of Service on 2/9/2021 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |
| 04/07/2021 | 121 (p.674) | Acknowledgment of Service on 2/18/21 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |
| 04/07/2021 | 122 (p.675) | Acknowledgment of Service on 2/18/21 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |
| 04/07/2021 | 123 (p.676) | Acknowledgment of Service on 2/18/21 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |
| 04/07/2021 | 124 (p.677) | Acknowledgment of Service on 2/19/21 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |
| 04/07/2021 | 125 (p.678) | Acknowledgment of Service on 2/24/21 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |

| 04/07/2021 | 126 (p.679) | Acknowledgment of Service on 2/25/21 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |
|---|---|---|
| 04/07/2021 | 127 (p.680) | Acknowledgment of Service on 3/5/21 as to Thomas Alan Arthur (yl) (Entered: 04/07/2021) |
| 04/08/2021 | 128 (p.681) | Unopposed MOTION to Continue *Sentencing* by Thomas Alan Arthur. (Attachments: # 1 (p.23) Proposed Order Order on Motion to Continue Sentencing)(Haygood, Lane) (Entered: 04/08/2021) |
| 04/09/2021 | 129 (p.686) | ORDER RESETTING SENTENCING ALPINE as to Thomas Alan Arthur, ( Sentencing reset for 5/25/2021 08:30 AM in Alpine before Judge David Counts,). Signed by Judge David Counts. (jh1) (Entered: 04/09/2021) |
| 04/12/2021 | 130 (p.687) | STIPULATION *Between The United States of America and Vanderbilt Mortgage and Finance, Inc.* by USA as to Thomas Alan Arthur (Esparza, Fidel) (Entered: 04/12/2021) |
| 04/20/2021 | 131 (p.690) | Acknowledgment of Service on 4/15/2021 as to Thomas Alan Arthur (cv) (Entered: 04/20/2021) |
| 05/07/2021 | 132 (p.691) | Second MOTION to Continue *Sentencing* by Thomas Alan Arthur. (Bennett, Mark) (Entered: 05/07/2021) |
| 05/11/2021 | | Text Order GRANTING 132 (p.691) Motion to Continue as to Thomas Alan Arthur (1)SENTENCING CONTINUED TO JUNE 22, 2021 AT 8:30 AM IN PECOS, TEXAS Entered by Judge David Counts. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cl) (Entered: 05/11/2021) |
| 05/11/2021 | | Set/Reset Hearings as to Thomas Alan Arthur: Sentencing set for 6/22/2021 08:30 AM in Pecos before Judge David Counts, (jl) (Entered: 05/11/2021) |
| 06/09/2021 | 133 (p.1515) | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Thomas Alan Arthur by Officer Kara Foster. (Document available to court only) (Attachments: (1-3) (Jackson, Kelly) (Entered: 06/09/2021) |
| 06/11/2021 | 134 (p.696) | ORDER Setting Sentencing as to Thomas Alan Arthur Sentencing set for 6/22/2021 11:00 AM in Pecos before Judge David Counts,. Signed by Judge David Counts. (cv) (Entered: 06/11/2021) |
| 06/17/2021 | 135 (p.697) | ORDER DENYING 110 (p.582) Motion for Acquittal as to Thomas Alan Arthur (1). Signed by Judge David Counts. (cv) (Entered: 06/17/2021) |
| 06/17/2021 | 136 (p.700) | ORDER Resetting Sentencing as to Thomas Alan Arthur; Sentencing RESET for 6/22/2021 02:30 PM in Midland before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 06/17/2021) |
| 06/22/2021 | 137 (p.701) | Appeal of Final Judgment by Thomas Alan Arthur. No filing fee submitted (Haygood, Lane) (Entered: 06/22/2021) |
| 06/22/2021 | 138 | Minute Entry for proceedings held before Judge David Counts:Sentencing held on 6/22/2021 for Thomas Alan Arthur (1), Count(s) 1ss, Imprisonment of 240 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine; Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 2ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 1; Supervised Release to run Concurrent |

| | | |
|---|---|---|
| | | with Count 1; Count(s) 3ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine;Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 4ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent with Count 3; Count(s) 5ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent with Count 4; Count(s) 6ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 5; Count(s) 7ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 6; Count(s) 8ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 7; Count(s) 9ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 8. (Minute entry documents are not available electronically.) (Court Reporter FTR-Midland.) (jl) (Entered: 06/25/2021) |
| 07/02/2021 | 139 (p.703) | JUDGMENT AND COMMITMENT as to Thomas Alan Arthur (1), Count(s) 1ss, Imprisonment of 240 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine; Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 2ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 1; Supervised Release to run Concurrent with Count 1; Count(s) 3ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine;Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 4ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent with Count 3; Count(s) 5ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent with Count 4; Count(s) 6ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 5; Count(s) 7ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 6; Count(s) 8ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 7; Count(s) 9ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 8. Signed by Judge David Counts. (bot1) (Entered: 07/02/2021) |
| 07/02/2021 | 140 (p.1562) | Sealed Statement of Reasons as to Thomas Alan Arthur (SOR documents are not available electronically.) (bot1) (Entered: 07/02/2021) |
| 07/02/2021 | | NOTICE OF APPEAL following 137 (p.701) Notice of Appeal (E-Filed) by Thomas Alan Arthur Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (jl) (Entered: 07/07/2021) |
| 07/05/2021 | | |

| | | |
|---|---|---|
| | 141 (p.712) | MOTION to Dismiss Indictment/Information *Indictment and Superseding Indictment* by USA as to Thomas Alan Arthur. (Morrison, Monica) (Entered: 07/05/2021) |
| 07/06/2021 | 142 (p.716) | AMENDED JUDGMENT (Amended to correct clerical error on Page 7 (Criminal Monetary Penalties/Schedule) to Include fine amount assessed at sentencing) as to Thomas Alan Arthur (1), Count(s) 1ss, Imprisonment of 240 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine; Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 2ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 1; Supervised Release to run Concurrent with Count 1; Count(s) 3ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine;Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 4ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent with Count 3; Count(s) 5ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent with Count 4; Count(s) 6ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 5; Count(s) 7ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 6; Count(s) 8ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 7; Count(s) 9ss, Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 8. Signed by Judge David Counts. (jl) (Entered: 07/07/2021) |
| 08/09/2021 | 143 (p.725) | ORDER APPOINTING NEW APPELLATE COUNSEL as to Thomas Alan Arthur. Signed by Judge Ronald C. Griffin. (cv) (Entered: 08/10/2021) |
| 09/14/2021 | 144 (p.821) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on 3/16/2020 Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber Ann Record, Telephone number 432-688-4371. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/5/2021, Redacted Transcript Deadline set for 10/15/2021, Release of Transcript Restriction set for 12/13/2021, Appeal Record due by 9/29/2021, (Record, Ann) (Entered: 09/14/2021) |
| 09/14/2021 | 145 (p.877) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on 1/19/2021 Proceedings Transcribed: Jury Trial - Volume 1. Court Reporter/Transcriber Ann Record, Telephone number 432-688-4371. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/5/2021, |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 10/15/2021, Release of Transcript Restriction set for 12/13/2021, Appeal Record due by 9/29/2021, (Record, Ann) (Entered: 09/14/2021) |
| 09/14/2021 | 146 (p.1103) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on 1/20/2021 Proceedings Transcribed: Jury Trial - Volume 2. Court Reporter/Transcriber Ann Record, Telephone number 432-688-4371. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/5/2021, Redacted Transcript Deadline set for 10/15/2021, Release of Transcript Restriction set for 12/13/2021, Appeal Record due by 9/29/2021, (Record, Ann) (Entered: 09/14/2021) |
| 09/14/2021 | 147 (p.1389) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on 1/21/2021 Proceedings Transcribed: Jury Trial - Volume 3. Court Reporter/Transcriber Ann Record, Telephone number 432-688-4371. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/5/2021, Redacted Transcript Deadline set for 10/15/2021, Release of Transcript Restriction set for 12/13/2021, Appeal Record due by 9/29/2021, (Record, Ann) (Entered: 09/14/2021) |
| 09/15/2021 | 148 (p.1472) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on June 22, 2021 Proceedings Transcribed: Sentencing. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/6/2021, Redacted Transcript Deadline set for 10/18/2021, Release of Transcript Restriction set for 12/14/2021, Appeal Record due by 9/30/2021, (tr) (Entered: 09/15/2021) |
| 09/16/2021 | 149 (p.775) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on November 12, 2019 Proceedings Transcribed: Initial Appearance. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/7/2021, Redacted Transcript Deadline set for 10/18/2021, Release of Transcript Restriction set for 12/15/2021, Appeal Record due by 10/1/2021, (lr) (Entered: 09/16/2021) |

| | | |
|---|---|---|
| 09/16/2021 | 150 (p.861) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on April 23, 2020 Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/7/2021, Redacted Transcript Deadline set for 10/18/2021, Release of Transcript Restriction set for 12/15/2021, Appeal Record due by 10/1/2021, (lr) (Entered: 09/16/2021) |
| 10/06/2021 | | Text Order GRANTING 141 (p.712) Motion to Dismiss Indictment/Information as to Thomas Alan Arthur (1) entered by Judge David Counts. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 10/06/2021) |
| 10/06/2021 | | Remaining counts dismissed as per text order (yl) (Entered: 11/08/2021) |
| 10/20/2021 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit as to Thomas Alan Arthur (21-50607) re Notice of Appeal - Final Judgment,,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here (jl) (Entered: 11/30/2021) |
| 10/21/2022 | 151 (p.726) | ORDER SETTING RE-SENTENCING as to Thomas Alan Arthur Sentencing set for 12/14/2022 11:00 AM in Pecos before Judge David Counts,. Signed by Judge David Counts. (co) (Entered: 10/21/2022) |
| 10/21/2022 | 152 (p.727) | ORDER FOR PRODUCTION OF DEFENDANT FOR HEARING as to Thomas Alan Arthur. Signed by Judge David Counts. (co) (Entered: 10/21/2022) |
| 10/26/2022 | 153 (p.728) | ORDER Resetting Sentencing as to Thomas Alan Arthur; Sentencing RESET for 1/24/2023 10:00 AM in Alpine before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 10/26/2022) |
| 11/03/2022 | 154 (p.729) | JUDGMENT/MANDATE of USCA (certified copy) as to Thomas Alan Arthur. IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. THE USCA AFFIRMS the convictions on Counts 2 through 9, REVERSES the conviction on Count 1, and REMANDS for resentencing.(vb) (Entered: 11/15/2022) |
| 12/27/2022 | 155 (p.756) | ORDER APPOINTING COUNSEL as to Thomas Alan Arthur. Signed by Judge David B. Fannin. (co) (Entered: 12/27/2022) |
| 12/27/2022 | | Attorney Mark William Bennett terminated as to Thomas Alan Arthur. (co) (Entered: 12/27/2022) |
| 01/05/2023 | 156 (p.1566) | SEALED SUPPLEMENTAL ATTACHMENT re 133 (p.1515) SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Thomas Alan Arthur by Officer Kara Foster. (Document available to court only) (Attachments: (1-3) (Jackson, Kelly) (Document available to court only) (Attachments: (1-2) (Jackson, Kelly) (Entered: 01/05/2023) |
| 01/06/2023 | | |

| | | |
|---|---|---|
| | <u>157</u><br>(p.757) | ORDER as to Thomas Alan Arthur, (Resentencing RESET for 3/28/2023 09:00 AM in Alpine before Judge David Counts). Signed by Judge David Counts. (bot1) (Entered: 01/06/2023) |
| 02/22/2023 | <u>158</u><br>(p.758) | Decision on Petition for WRIT OF CERTIORARI as to Thomas Alan Arthur re Notice of Appeal - Final Judgment,, DENIED by US Supreme Court (vb) (Entered: 02/23/2023) |
| 03/14/2023 | <u>159</u><br>(p.759) | ORDER FOR PRODUCTION OF DEFENDANT FOR HEARING as to Thomas Alan Arthur. Signed by Judge David Counts. (jh1) (Entered: 03/14/2023) |
| 03/27/2023 | <u>160</u><br>(p.760) | ORDER as to Thomas Alan Arthur, (Resentencing RESET for 4/4/2023 08:00 AM in Alpine before Judge David Counts). Signed by Judge David Counts. (bot2) (Entered: 03/27/2023) |
| 03/27/2023 | <u>161</u><br>(p.761) | ORDER RESETTING RESENTENCING as to Thomas Alan Arthur Sentencing set for 4/4/2023 08:00 AM in Midland before Judge David Counts. Signed by Judge David Counts. (co) (Entered: 03/27/2023) |
| 04/04/2023 | <u>162</u> | Minute Entry for proceedings held before Judge David Counts:Resentencing held on 4/4/2023 for Thomas Alan Arthur (1), Count(s) 1ss, RESENTENCE 4/4/2023: Resolved by Fifth Circuit.ORIGINAL SENTENCE:Imprisonment of 240 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine; Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 2ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine, Supervised Release to run Concurrent on all counts ORIGINAL SENTENCE:Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 1; Supervised Release to run Concurrent with Count 1; Count(s) 3ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent on all counts.ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine;Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 4ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent with Count 3; Count(s) 5ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent on all counts.ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent with Count 4; Count(s) 6ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 5; Supervised Release to run Concurrent on all counts.ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 5; Count(s) 7ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No |

| | | |
|---|---|---|
| | | Fine, Imprisonment to run consecutive to Count 6; Supervised Release to run Concurrent on all counts.ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 6; Count(s) 8ss, RESENTENCE 4/4/2023: Imprisonment of 120 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 7; Supervised Release to run Concurrent on all counts.ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 7; Count(s) 9ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run Concurrent to Count 8; Supervised Release to run Concurrent on all counts.ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 8. (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Thomas Alan Arthur (Court Reporter Tamara Ross.) (jl) (Entered: 04/05/2023) |
| 04/12/2023 | 163 (p.762) | JUDGMENT AND COMMITMENT as to Thomas Alan Arthur (1), Count(s) 1ss, RESENTENCE 4/4/2023: resolved by Fifth Circuit. ORIGINAL SENTENCE:Imprisonment of 240 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine; Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 2ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; $50,000.00 Fine, Supervised Release to run Concurrent on all counts ORIGINAL SENTENCE:Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 1; Supervised Release to run Concurrent with Count 1; Count(s) 3ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine;Imprisonment to run consecutive to Count 2; Supervised Release to run Concurrent with Count 2; Count(s) 4ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 3; Supervised Release to run Concurrent with Count 3; Count(s) 5ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; Imprisonment to run consecutive to Count 4; Supervised Release to run Concurrent with Count 4; Count(s) 6ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 5; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 5; Count(s) 7ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 6; Supervised Release to run |

| | | |
|---|---|---|
| | | Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 6; Count(s) 8ss, RESENTENCE 4/4/2023: Imprisonment of 120 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run consecutive to Count 7; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 7; Count(s) 9ss, RESENTENCE 4/4/2023: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine, Imprisonment to run Concurrent to Count 8; Supervised Release to run Concurrent on all counts. ORIGINAL SENTENCE: Imprisonment of 60 MONTHS, 3 YEARS Supervised Release; Special Assessment Fee- $100.00; No Fine; to Run Concurrent with Count 8. Signed by Judge David Counts. (co) (Entered: 04/13/2023) |
| 04/12/2023 | 164 (p.1596) | Sealed Statement of Reasons as to Thomas Alan Arthur (SOR documents are not available electronically.) (co) (Entered: 04/13/2023) |
| 04/14/2023 | 165 (p.771) | Appeal of Final Judgment 163 (p.762) by Thomas Alan Arthur. No filing fee submitted (Haygood, Lane) (Entered: 04/14/2023) |
| 04/14/2023 | | NOTICE OF APPEAL following 165 (p.771) Notice of Appeal (E-Filed) by Thomas Alan Arthur Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (vs3) (Entered: 04/14/2023) |
| 05/08/2023 | 166 (p.773) | TRANSCRIPT REQUEST by Thomas Alan Arthur for dates of 04/04/2023 before Judge Counts,. Proceedings Transcribed: Sentencing. Court Reporter: Ross. re Notice of Appeal - Final Judgment,, (Haygood, Lane) (Entered: 05/08/2023) |
| 06/12/2023 | 167 (p.1500) | TRANSCRIPT filed of Proceedings as to Thomas Alan Arthur held on 4/4/23 Proceedings Transcribed: Resentencing. Court Reporter Tamara Ross, Telephone number 4326850346. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/3/2023, Redacted Transcript Deadline set for 7/13/2023, Release of Transcript Restriction set for 9/11/2023, Appeal Record due by 6/27/2023, (tdr) (Entered: 06/12/2023) |

# TAB 2

Amended Indictment

FILED

JUL 0 9 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  P-19-CR-774 |
| | ) | **S U P E R S E D I N G** |
| Plaintiff, | ) | **I N D I C T M E N T** |
| | ) | [Vio: 18 U.S.C. § 1466A, Obscene visual |
| V. | ) | representations of the sexual abuse of |
| | ) | children; 18 U.S.C. § 1462, Importation or |
| THOMAS ALAN ARTHUR, | ) | transportation of obscene matters; 18 U.S.C. § |
| | ) | 1466, Engaging in the Business of Selling or |
| | ) | Transferring Obscene Matter] |
| | ) | |
| Defendant. | ) | |
| | ) | |

**The Grand Jury Charges:**

**Count One**
**[18 U.S.C. § 1466A(a)(1)]**

On or about October 24, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

did knowingly produce, distribute, receive, and possess with the intent to distribute, a visual

depiction of any kind, including a drawing that depicts a minor engaging in sexually explicit

conduct and is obscene, to-wit: a drawing of a prepubescent female engaged in the lascivious

exhibition of the genitals or pubic area and this visual depiction had been mailed, or shipped or

transported in interstate or foreign commerce by any means, including by computer, or was

produced using materials that have been mailed, or that have been shipped or transported in

interstate or foreign commerce by any means, including by computer.

A violation of Title 18, United States Code, Section 1466A(a)(1), Section 2, and *Pinkerton*

*v. United States*, 328 U.S. 640 (1946).

**Count Two**
**[18 U.S.C. § 1462(a)]**

On or about October 24, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

aided and abetted by others, knowingly used an interactive computer service for carriage in interstate and foreign commerce, an obscene matter, to-wit: obscene story 1.

A violation of Title 18, United States Code Section 1462(a), Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Count Three**
**[18 U.S. C. § 1462(a)]**

On or about October 24, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

aided and abetted by others, knowingly used an interactive computer service for carriage in interstate and foreign commerce, an obscene matter, to-wit: obscene story 2.

A violation of Title 18, United States Code, Section 1462(a), Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Count Four**
**[18 U.S.C. § 1462(a)]**

On or about October 24, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

aided and abetted by others, knowingly used an interactive computer service for carriage in interstate and foreign commerce, an obscene matter, to-wit: obscene story 3.

A violation of Title 18, United States Code, Section 1462(a), Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### Count Five
### [18 U.S.C. § 1462(a)]

On or about October 24, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

aided and abetted by others, knowingly used an interactive computer service for carriage in

interstate and foreign commerce, an obscene matter, to-wit: obscene story 4.

A violation of Title 18, United States Code, Section 1462(a), Section 2, and *Pinkerton v.*

*United States*, 328 U.S. 640 (1946) .

### Count Six
### [18 U.S.C. § 1462(a)]

On or about October 24, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

aided and abetted by others, knowingly used an interactive computer service for carriage in

interstate and foreign commerce, an obscene matter, to-wit: obscene story 5.

A violation of Title 18, United States Code, Section 1462(a), Section 2, and *Pinkerton v.*

*United States*, 328 U.S. 640 (1946).

### Count Seven
### [18 U.S.C. § 1466]

From on or about January 1, 1996 to on or about November 7, 2019, in the Western District

of Texas, and elsewhere, the Defendant,

THOMAS ALAN ARTHUR,

aided and abetted by others, was engaged in the business of selling and transferring obscene

matter, and knowingly received and possessed with the intent to distribute obscene stories and

drawings of minors engaging in sexually explicit conduct, which was shipped and transported in

interstate and foreign commerce.

A violation of Title 18, United States Code, Section 1466, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Count Eight
### [18 U.S.C. § 1466A(a)(1)]

On or about November 7, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

did knowingly produce, distribute, receive, and possess with the intent to distribute, a visual depiction of any kind, including a drawing that depicts a minor engaging in sexually explicit conduct and is obscene, to-wit: a drawing of a prepubescent female performing fellatio on an adult male and this visual depiction had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or was produced using materials that have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer.

A violation of Title 18, United States Code, Section 1466A(a)(1), Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Count Nine
### [18 U.S.C. § 1466A(a)(1)]

On or about November 7, 2019, in the Western District of Texas, the Defendant,

THOMAS ALAN ARTHUR,

did knowingly produce, distribute, receive, and possess with the intent to distribute, a visual depiction of any kind, including a drawing that depicts a minor engaging in sexually explicit conduct and is obscene, to-wit: a drawing a drawing of prepubescent females performing fellatio on adult penises and this visual depiction had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or was produced using materials that

have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer.

A violation of Title 18, United States Code, Section 1466A(a)(1), Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Obscenity Violations and Forfeiture Statutes
### [18 U.S.C. §§ 1462 & 1466, subject to forfeiture pursuan to 18 U.S.C. § 1467(a)

As a result of the foregoing criminal violation set forth in the above Counts, the United States of America gives notice of its intent to seek the forfeiture of certain property subject to forfeiture, upon conviction, and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 1467(a)(1), (2), and (3), which states:

> **Title 18 U.S.C. § 1467. Criminal forfeiture**
> **(a) Property subject to criminal forfeiture.-**A person who is convicted of an offense involving obscene material under this chapter shall forfeit to the United States such person's interest in -
>> **(1)** any obscene material produced, transported, mailed, shipped or received in violation of this chapter;
>> **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>> **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such.

This notice of forfeiture includes but is not limited to the following properties described below:

### II.
### Real Properties

Real Property located and situated at **1260 Angel Road, Alpine, Brewster County, Texas, 79830**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

Section 23, Block 217, T. & St. L. Ry. Co. Brewster County, Texas, to wit:

1. The N/2 of the W/2 of the SW/4 of the SW/4;
2. The S/2 of the W/2 of the NW/4 of the SW/4;
3. The N/2 of the NW/4 of the SW/4;
4. The N/2 of the E/2 of the SW/4 of the SW/4;
5. The N/2 of the W/2 of the SE/4 of the SW/4;
6. The S/2 of the E/2 of the NW/4 of the SW/4;
7. The S/2 of the W/2 of the NE/4 of the SW/4.

Being 80 acres of land, more or less;

AND The North Half (N/2) of the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of Section 23, Block 217, T & St. L. Ry. Co., Original Grantee, Brewster County, Texas, known as Terlingua Ranch Tract No. 8690, and being 20 acres of land, more or less;

AND Terlingua Ranch Tract No. N-173 out of Section 21, Block NC, Brewster County, Texas, containing 5 acres of land, more or less.

## III.
## Personal Properties

- LG Tablet, Serial Number 509CQSF0402566;
- CAT Phone;
- 2 Motorola ic502 flip phones;
- Paper with passwords and usernames written;
- Sony Vaio computer, Service Tage#C6UORT31;
- Gray Touro external hard drive, SN 6PIJ459E;
- Oyen Digital Minipro external hard drive, SN BCC2;
- 4 Crucial external hard drives, serial numbers 14420D87E333, 14350D1F67f3, 1107030340DC, 12380916A593;
- Photographs related to Mr Double;
- 7 compact disks;
- Micron 3600 desktop computer, serial number P60007201256;
- 70 Euros;
- $2,270.00, more or less in currency U.S. Currency;
- External electronic device in a black case;
- 4 Seagate external hard drives;
- Transcend external hard drive;
- 9 SD cards;
- 1 Sim card;
- Canon Digital Camera;
- Dell XPS Laptop, Service Tag 11HFP71;
- Armor computer tower, SN ST008M21STZA1MI000813;
- Computer server tower, unknown manufacturer, no serial number;
- Android cell phone, serial number S411742019096;

- 7 USB storage drives;
- 2 Compact flash drives;
- Box of VHS tapes;
- Two boxes of floppy disks;
- Box of compact disks;
- Gray computer tower, unknown manufacturer, no serial number;
- 98 boxes of suspected child erotica;
- www.mrdouble.com; and
- Any and all other property and/or accessories involved in or used in the commission of the criminal offense.

**A True Bill.**

Original signed by
foreperson
of the Grand Jury

Foreperson

JOHN F. BASH
United States Attorney

MONICA R. MORRISON
Assistant United States Attorney

AUSTIN M. Berry
Trial Attorney
Child Exploitation & Obscenity Section
Department of Justice

# TAB 3

Judgment after Resentencing

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
PECOS DIVISION

UNITED STATES OF AMERICA

v.

**THOMAS ALAN ARTHUR**
Alias(es):
**AKA**  Tom,; **AKA** Tom  Arthur,; **AKA** Thomas  Arthur,;
Defendant.

Case Number:  4:19-CR-00774(1) DC
USM Number:  42556-480

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Thomas Alan Arthur, was represented by  Lane Andrew Haygood.

The defendant was found guilty by a jury to Count(s) 2, 3, 4, 5, 6, 7, 8, 9 of the Second Superseding Indictment on January 21, 2021.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 U.S.C. § 1462(a) | Importation or Transportation of Obscene Matters | November 7, 2019 | 2 |
| 18 U.S.C. § 1462(a) | Importation or Transportation of Obscene Matters | November 7, 2019 | 3 |
| 18 U.S.C. § 1462(a) | Importation or Transportation of Obscene Matters | November 7, 2019 | 4 |
| 18 U.S.C. § 1462(a) | Importation or Transportation of Obscene Matters | November 7, 2019 | 5 |
| 18 U.S.C. § 1462(a) | Importation or Transportation of Obscene Matters | November 7, 2019 | 6 |
| 18 U.S.C. § 1466 | Engaging in the Business of Selling or Transferring Obscene Matters | November 7, 2019 | 7 |
| 18 U.S.C. § 1466A(a)(1) | Obscene Visual Representations of the Sexual Abuse of Children | November 7, 2019 | 8 |
| 18 U.S.C. § 1466A(a)(1) | Obscene Visual Representations of the Sexual Abuse of Children | November 7, 2019 | 9 |

As pronounced on April 4, 2023, the defendant is sentenced as provided in pages 3 through 9 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case                                                    Judgment -- Page 2 of 9

DEFENDANT:              THOMAS ALAN ARTHUR
CASE NUMBER:            4:19-CR-00774(1) DC


     Signed this 12th day of April, 2023.


_____
                       David Counts
            United States District Judge

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case                                    Judgment -- Page 3 of 9

DEFENDANT:             THOMAS ALAN ARTHUR
CASE NUMBER:           4:19-CR-00774(1) DC

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **Sixty (60) months on Count 2; Sixty (60) months on Count 3 to run consecutive to Count 2; Sixty (60) months on Count 4 to run consecutive to Count 3; Sixty (60) months on Count 5 to run consecutive to Count 4; Sixty (60) months on Count 6 to run consecutive to Count 5; Sixty (60) months on Count 7 to run consecutive to Count 6; One Hundred-Twenty (120) months on Count 8 to run consecutive to Count 7; Sixty (60) months on Count 9 to run concurrent with Count 8;** with credit for time served while in custody for this federal offense pursuant to 18 U.S.C. § 3585(b).

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at F.C.C. Butner.

The defendant shall remain in custody pending service of sentence.

# RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of the Judgment.

                                                    _____
                                                              United States Marshal

23-50262.764

DEFENDANT:            THOMAS ALAN ARTHUR
CASE NUMBER:          4:19-CR-00774(1) DC

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Three (3) years on each Count 2 – 9.  Terms in all Counts to run concurrent**.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court and shall comply with the following additional conditions:

The defendant shall not have direct contact with any child the defendant knows or reasonably should know to be under the age of 18 without the permission of the probation officer. If the defendant has any direct contact with any child the defendant knows or reasonably should know to be under the age of 18, without the permission of the probation officer, the defendant must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

The defendant shall not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256).

The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search shall be conducted at a reasonable time and in a reasonable manner.

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case

Judgment -- Page 5 of 9

DEFENDANT:         THOMAS ALAN ARTHUR
CASE NUMBER:       4:19-CR-00774(1) DC

# CONDITIONS OF SUPERVISED RELEASE
**(As Amended November 28, 2016)**

It is ORDERED that the Conditions of Probation and Supervised Release applicable to each defendant committed to probation or supervised release in any division of the Western District of Texas, are adopted as follows:

Mandatory Conditions:

[1]    The defendant shall not commit another federal, state, or local crime during the term of supervision.

[2]    The defendant shall not unlawfully possess a controlled substance.

[3]    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

[4]    The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

[5]    If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et. seq.) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which the defendant resides, works, is a student, or was convicted of a qualifying offense.

[6]    If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

[7]    If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

[8]    The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.

[9]    The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

Standard Conditions:

[1]    The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

[2]    After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed.

[3]    The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

[4]    The defendant shall answer truthfully the questions asked by the probation officer.

DEFENDANT:          THOMAS ALAN ARTHUR
CASE NUMBER:        4:19-CR-00774(1) DC

[5]     The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change

[6]     The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.

[7]     The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so.  If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so.  If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

[8]     The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.

[9]     If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

[10]    The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

[11]    The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

[12]    If the probation officer determines that the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant shall comply with that instruction.  The probation officer may contact the person and confirm that the defendant has notified the person about the risk.

[13]    The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

[14]    If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

[15]    If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

[16]    If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

[17]    If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case

Judgment -- Page 7 of 9

DEFENDANT: THOMAS ALAN ARTHUR
CASE NUMBER: 4:19-CR-00774(1) DC

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth.  Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 410 S. Cedar Street, Pecos, TX 79772.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTAL: | $800.00 | $0.00 | $50,000.00 | $0.00 | $0.00 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of **$800.00**.

### Fine

The defendant shall pay a fine of **$50,000.00**.  Payment of this sum shall begin immediately.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case                                    Judgment -- Page 8 of 9

DEFENDANT:            THOMAS ALAN ARTHUR
CASE NUMBER:         4:19-CR-00774(1) DC

# <u>FORFEITURE</u>

The defendant is ordered to forfeit the following property to the United States:

## Real Properties

Real Property located and situated at **1260 Angel Road, Alpine, Brewster County, Texas**, **79830**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

Section 23, Block 217, T. & St. L. Ry. Co. Brewster County, Texas, to wit:

1. The W/2 of the SW/4 of the SE/4;
2. The N/2 of the W/2 of the SW/4 of the SW/4 and the S/2 of the W/2 of the NW/4 of the SW/4;
3. The N/2 of the E/2 of the SW/4 of the SW/4 of the N/2 of the W/2 of the SE/4 of the SW/4 of the S/2 of the E/2 of the NW/4 of the SW/4 of the S/2 or the W/2
4. The N2 of the E/2 of the SE/4 of the SW/4 & S/2 of the E/2 of the NE/4 of the SW/4;
5. The N/2 of the NW/4 of the SW/4;
6. The N/2 of the NE/4 of the SW/4;
7. The W/2 of the NW/4 of the SE/4;
8. The S/2 of the W/2 of the SW/4 of the NW/4;
9. The E/2 of the SW/4 of the NW/4
10. The W/2 of the SE/4 of the NW/4;
11. The E/2 of the SE/4 of the NW/4; and
12. The W/2 of the SW/4 of the NE/4.

   Being 250 acres of land, more or less;

## Personal Properties

• LG Tablet, Serial Number 509CQSF0402566;
• CAT Phone;
• 2 Motorola flip phones;
• Paper with passwords and usernames written;
• Sony Vaio computer, Service Tag#C6UORT31;
• Gray Touro external hard drive, SN 6PIJ459E;
• Oyen Digital Minipro external hard drive, SN BCC2;
• 4 Crucial external hard drives, serial numbers 14420D87E333, 14350D1F67f3, 00000000110703034CDC, 12380916A593;
• Photographs related to Mr Double;
• 7 compact disks;
• Micron 3600 desktop computer, serial number P60007201256;
• 70 Euros;

DEFENDANT:              THOMAS ALAN ARTHUR
CASE NUMBER:            4:19-CR-00774(1) DC

- $2,270.00, more or less in currency U.S. Currency;
- External electronic device in a black case;
- 4 Seagate external hard drives, serial numbers 9VS4XWNW, 9VS2XCZS, 9VS2Y4VM, 9VS07M3E;
- Transcend external hard drive;
- 9 SD cards;
- 1 Sim card;
- Canon Digital Camera;
- Dell XPS Laptop, Service Tag 11HFP71;
- Armor computer tower, SN ST008M21STZA1MI000813;
- Computer server tower, unknown manufacturer, no serial number;
- Android cell phone, serial number S411742019096;
- 7 USB storage drives;
- 2 Compact flash drives;
- Box of VHS tapes;
- Two boxes of floppy disks;
- Box of compact disks;
- Gray computer tower, unknown manufacturer, no serial number;
- 98 boxes of suspected child erotica;
- www.mrdouble.com;
- Gray ioSafe Solo External Hard Drive with serial number 0120023219; and
- Any and all other property and/or accessories involved in or used in the commission of the criminal offense

# TAB 4

Notice of Appeal

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **4:19-CR-00774-DC**

**THOMAS ALAN ARTHUR,**

     **Defendant**

### DEFENDANT THOMAS ALAN ARTHUR'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE DAVID COUNTS:**

     The Defendant in the above styled and numbered cause, Thomas Alan Arthur, gives notice of appeal in this cause to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 4th day of April, 2023.

                            Respectfully Submitted,

                            /s/ Lane A. Haygood
                            **LANE A. HAYGOOD**
                            Texas State Bar Number: 24066670
                            lane@haygoodlawfirm.com
                            **HAYGOOD LAW FIRM**
                            3800 E. 42nd St., Ste. 110
                            Odessa, TX 79762
                            Telephone: 432.803.5800
                            Fax: 432.225.1062

                            Attorney for the Defendant,
                            Thomas Alan Arthur

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and exact copy of the Defendant Thomas Alan Arthur's Notice of Appeal was electronically served to Austin M. Berry, Assistant United States Attorney on the 14th day of April, 2023.

/s/ Lane Haygood
_____
**LANE A. HAYGOOD**

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2023, I filed a true and correct copy of the foregoing PROPOSED SUFFICIENT RECORD EXCERPTS OF DEFENDANT-APPELLANT THOMAS ALAN ARTHUR, with the Fifth Circuit Court of Appeals using the CM/ECF case filing system, which will cause a copy of the document to be delivered to counsel for the Government, Joseph H. Gay, at joseph.gay@usdoj.gov.

/s/ Lane Haygood
_____
**LANE A. HAYGOOD**
Attorney for Thomas Alan Arthur

Dated:  September 28, 2023.