# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2023

Mr. Lane Andrew Haygood
Haygood Law Firm
620 N. Grant Avenue
Suite 913
Odessa, TX 79761

    No. 23-50262   USA v. Arthur
                       USDC No. 4:19-CR-774-1

Dear Mr. Haygood,

The following pertains to your record excerpts electronically filed on September 27, 2023.

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Copy of the notice of appeal(s) is required, see **5TH CIR. R.** 30.1.4(b).

Copy of the indictment is required, see **5TH CIR. R.** 30.1.4(c).

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Case: 23-50262　　Document: 23-2　　Page: 2　　Date Filed: 09/27/2023

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc: Mr. Joseph H. Gay Jr.